No. 12-11-00221-CR
Twelfth Court of Appeals

12ᵗʰ Court of Appeals
1517 West Front St. Suit
Tyler, Tx.
75702



FILED IN COURT OF APPEALS
32ⁿᵈ Court of Appeals District
FEB 4 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

VMF
(_____)
2-2-15

Re: Number of pages contained in the Entire "Clerk's Records" And Fee (per) page. And if there was a Plea Offer.

Dear Clerk,
   I'm writing in regards to "ALL" of the Clerk's Record's in Case No. 12-11-00221CR. If you would inform me of the Number of pages of "ALL" the records and the fee (per) page. And if I can't pay the full amount at once, can I pay for some of the record and 3 a little at a time? If at all possible, could I attain the Index of the Clerks' Records? If you can assist me in this matter in any way, it will be greatly appreciate.

*.Also could you inform me of any Plea offers. and the cost, if any.

Sincerly,
Vince Fields
#1728905
Clements Unit
9601 Spur 591
Amarillo, Tx.
79107-9606